In the Matter of SAMUEL L. RUBIN, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, Respondents.

Argued October 20, 1948; decided November 24, 1948.

*Neil M. Lieblich* and *H. Eliot Kaplan* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.